UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X  Case No.: 12-CV-4460 (HB)

BRANDI JOHNSON,

                Plaintiff,

v.

STRIVE EAST HARLEM EMPLOYMENT GROUP,
LISA STEIN, *Individually*, ROB CARMONA, *Individually*
and PHIL WEINBERG, *Individually*

                Defendants.

------------------------------------------------------------X

**DECLARATION OF COUNSEL IN OPPOSITION OF DEFENDANTS' MOTION TO DISMISS**

**JESSENIA MALDONADO, ESQ.**, declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am an attorney duly admitted to practice in the Courts of the State of New York, and in the United States District Court for the Southern and Eastern Districts of New York.

2. I am an Associate with the firm, PHILLIPS & PHILLIPS, PLLC., which represents Plaintiff BRANDI JOHNSON in the above-captioned action. As such, I am fully familiar with the facts and circumstances of this action, the basis of my knowledge being the files maintained by my office.

3. I submit this Declaration in Opposition of Defendants' Motion to Dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

4. A copy of Plaintiff's Amended Complaint is attached hereto as Exhibit "A."

**WHEREFORE,** Plaintiff respectfully requests that this Court enter an Order:

(i) Denying Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

1

(ii)     For such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       August 20, 2012

                                        **PHILIIPS & PHILLIPS, PLLC**

                                        By: _/s/ J. Maldonado_
                                            Jessenia Maldonado, Esq. (JM7811)
                                            *Attorneys for Plaintiff*
                                            30 Broad Street, 35th Floor
                                            New York, N.Y. 10004
                                            (212) 248-7431
                                            jmaldonado@tpglaws.com

To:    Robert Modica, Esq.
       Sarir Z. Silver, Esq.
       GORDON & REES, LLP
       *Attorneys for Defendants*
       90 Broad Street, 23rd Floor
       New York, New York 10004
       (212) 269-5500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X  Case No.: 12-CV-4460 (HB)
BRANDI JOHNSON,

                Plaintiff,

      v.

STRIVE EAST HARLEM EMPLOYMENT GROUP,
LISA STEIN, *Individually*, ROB CARMONA, *Individually*
and PHIL WEINBERG, *Individually*

                Defendants.
-----------------------------------------------------------------X

**DECLARATION OF COUNSEL
IN OPPOSITION OF
DEFENDANTS'
MOTION TO DISMISS**

---

**DECLARATION OF COUNSEL IN OPPOSITION
OF DEFENDANTS' MOTION TO DISMISS**

---



PHILLIPS & PHILLIPS
ATTORNEYS AT LAW
30 BROAD STREET, 35TH FLOOR, NEW YORK, NY 10004