SARIR SILVER
SSILVER@GORDONREES.COM

+---------------------------------+
| USDS SDNY                       |
| DOCUMENT                        |
| ELECTRONICALLY FILED            |
| DOC #: _____          |
| DATE FILED: 9/4/12              |
+---------------------------------+

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

August 27, 2012

RECEIVED

AUG 27 2012

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

**VIA FACSIMILE ONLY**

Honorable Harold Baer
500 Pearl Street, Room 2230
New York, NY 10007

Re: *Brandi Johnson v. Strive East Harlem Employment Group, et al.*
   Case No. 12-CV-4460 (HB)

Dear Judge Baer:

This firm represents defendants in the above-referenced matter. In light of plaintiff's amended complaint, defendants hereby withdraw their pending motion to dismiss, without prejudice. Defendants will be responding to plaintiff's amended complaint within the time frames prescribed by the Federal Rules of Civil Procedure and the Local Civil Rules.

If Your Honor has any questions or concerns, please do not hesitate to contact the undersigned.

*[handwritten: The motion to dismiss is withdrawn and the clerk will remove the motion from my docket.]*

Respectfully submitted,

GORDON & REES LLP

*[handwritten: SO ORDERED: Harold Baer, Jr., U.S.D.J. Date: 9/3/11]*

Sarir Silver

cc: Marjorie Mesidor, Esq. (via facsimile only)
   Jessenia Maldonado, Esq. (via facsimile only)

Endorsement:

    Your motion to dismiss is withdrawn and the Clerk will remove the matter form my docket.