```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/13
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

BRANDI JOHNSON,

                   Plaintiff,                  12 **CIVIL** 4460 (HB)

        -against-                    **JUDGMENT**

STRIVE EAST HARLEM EMPLOYMENT
GROUP, LISA STERN, individually, ROB
CARMONA, individually, and PHIL
WEINBERG, individually,

                   Defendants.
-----------------------------------------------------------X

      A Jury Trial before the Honorable Harold Baer, Jr., United States District Judge, having begun on August 26, 2013, and at the conclusion of the trial, on September 3, 2013, the jury having rendered a verdict in favor of the plaintiff in the amount of $250,000.00 in compensatory damages against Rob Carmona and Strive East Harlem Employment Group, in favor of plaintiff in the amount of $25,000.00 in punitive damages against Rob Carmona, and in favor of the plaintiff in the amount of $5,000.00 in punitive damages against Strive East Harlem Employment Group, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment as follows: in the sum of $250,000.00 as against the defendants Rob Carmona and Strive East Harlem Employment Group; in the sum of $25,000.00 as against defendant Rob Carmona; and in the sum of $5,000.00 as against Strive East Harlem Employment Group.

**DATED:** New York, New York
            September 9, 2013

                                                                **RUBY J. KRAJICK**

So Ordered: _____                          Clerk of Court

                                            BY: _____

        **USDJ**                                          **Deputy Clerk**