UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRANDI JOHNSON,

                Plaintiff,                12 CIV. 4460 (HB)

  -against-

                                           **ECF CASE**

STRIVE EAST HARLEM EMPLOYMENT
GROUP, LISA STEIN, Individually, ROB        **NOTICE OF MOTION**
CARMONA, Individually and PHIL WEINBERG,
Individually,

                Defendants.
-------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Diane Krebs Esq., dated October 15, 2013, and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings herein, the undersigned will move this court, before the Honorable Harold Baer, at the courthouse located at 500 Pearl Street, New York, New York 10007, on November 5, 2013 at 12:30 pm, for judgment as a matter of law, pursuant to Rule 50(b); for a new trial on the merits pursuant to Rule 59; for a remittitur, or in the alternative for a new trial, on damages pursuant to Rule 59; and for sanctions in the form of dismissal pursuant to Rule 37.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Honorable Harold Baer's ruling on October 2, 2013, opposing papers, if any, must be served and filed by October 28, 2013, and reply papers, if any, must be served and filed by October 31, 2013.

Dated: New York, New York
October 15, 2013

Respectfully Submitted,

GORDON & REES LLP

By: _/s/ Diane Krebs_
    Diane Krebs
    Kuuku Minnah-Donkoh
    90 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 269-5500 (Phone)
    (212) 269-5505 (Fax)
    *Attorneys for Defendants*