UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

BRANDI JOHNSON,

                     Plaintiff,

-against-

STRIVE EAST HARLEM EMPLOYMENT
GROUP, LISA STEIN, Individually, ROB
CARMONA, Individually and PHIL WEINBERG,
Individually,

                     Defendants.
------------------------------------------------------------------- X

Case No.: 12-CIV-4460 (HB)

**REPLY DECLARATION OF DIANE KREBS**

Diane Krebs hereby declares the following under the penalty of perjury:

1. I am a partner with Gordon & Rees LLP, attorneys for Defendants STRIVE East Harlem Employment Group ("STRIVE") and Rob Carmona ("Carmona") (collectively "Defendants"). I submit this Reply Declaration in support of Defendants' Post-Trial Motions. This Declaration is made based on my personal knowledge as well as a review of the file in this matter.

2. Attached as Exhibit 1 is a copy of the Program Director Position Announcement, posted on August 14, 2012, which was admitted into evidence during trial as Trial Exhibit YY.

Dated:    New York, New York
           October 31, 2013

                                    By:   */s/ Diane Krebs*
                                              Diane Krebs, Esq. (DK 8280)