

## JOBS

### Position Announcement

Posted on August 14, 2012

**Program Director**
**STRIVE**
**New York, New York**

**STRIVE for the Future** is a national initiative funded by the US Department of Labor (USDOL) to assist youth offenders in successful re-entry and success in education and careers. The initiative is designed to conduct a free and open competition within the STRIVE Affiliate Network; award, monitor, and oversee the implementation of sub-grants; and facilitate the provision of services that will make a significant difference in the lives and long-term employment prospects of participants. Building on its innovative service model and well-established Affiliate Network, STRIVE will provide services over a period of 26 months to approximately 400 young offenders, ages 14 and older, from communities where poverty and crime are most concentrated.

**Essential Duties and Responsibilities of the Program Director:**

- Manage the rollout, implementation, and successful operation of the STRIVE for the Future program funded by US DOL/ETA.
- Manage relationships between STRIVE national and affiliate sub awarded sites. This includes regular travel to the affiliate sites as well as maintaining communication with key staff.
- Plan and coordinate meetings, trainings, and other technical assistance activities with STRIVE affiliate sites in person, on the phone and/or via webinar.
- Provide technical assistance to affiliate sites on program design, launch and implementation.
- Manage and disseminate the technical assistance resources offered by US DOL.
- In coordination with the applicable STRIVE national staff and US DOL personnel, coordinate programmatic grant reporting in a timely manner.
- Monitor sub award sites' compliance with the STRIVE for the Future outcomes and applicable federal circulars and program requirements.
- Work with the CFO to maintain a strong relationship with US DOL.

**Other Duties:**

- Work with other key STRIVE personnel focused on national initiatives.
- Research funding opportunities and support submission of grant proposals for the STRIVE affiliate network to sustain the program and/or similar affiliate wide initiatives in the future.
- Other special projects as assigned.

**Qualifications, Education and/or Experience:**

- Master's degree preferred, Bachelor's degree required.
- Must have a minimum of three to five years of work experience in program/grant management. Previous experience managing a pass-through award to multiple sites preferred.
- Professional experience with re-entry of ex-offenders and/or youth development required. Must have knowledge of and experience with criminal justice systems, programs and issues. Relevant life experience will also be taken into consideration.
- Must have strong time and project management skills.
- Ability to collaborate effectively with a wide range of public and non-profit partners is a must, excellent interpersonal skills required.
- Must have outstanding communication and writing skills.
- Must have solid proficiency in Microsoft Office, Excel and Power Point.
- Regular travel is required. This position is based in NYC

**Application Instructions**

*Please submit resume and cover letter to: hiring@striveinternational.org*

Job Type: Program





